IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,                    No. 2:13-cv-0647 AC P

  vs.

MARTIN SEAGULL, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Defendants have not made an appearance. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: May 14, 2013

                                  /s/ Allison Claire
                                  ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE

AC:kly
winf0647.59ggh